**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JENSEN WONG, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAVIENT SOLUTIONS, LLC, a Foreign Limited Liability Company,<br><br>　　　　Defendant. | Civil Action No. 2:19-cv-1233<br><br>DEFENDANT NAVIENT SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT |

　　　　Pursuant to LCR 7.1, Defendant Navient Solutions, LLC ("NSL") files its Corporate Disclosure Statement as follows:

　　　　1.　　NSL is a wholly owned subsidiary of Navient Corporation, a publicly traded corporation.

　　　　2.　　No publicly held company owns 10% or more of the stock of Navient Corporation.

　　　　3.　　NSL is organized under the laws of the state of Delaware with a principal place of business in Reston, Virginia. Navient Corporation is also incorporated in and has a principal place of business in the state of Delaware.

/ / /

/ / /

/ / /

CORPORATE DISCLOSURE STATEMENT
*Wong v. Navient Solutions, LLC*
No. 2:19-cv-1233 - 1

JORDAN RAMIS PC
360 SW Bond St., Ste. 510
Bend, Oregon 97702
(541) 550-7900
53571-77830 4853-0178-2175.1

1 | DATED this 7th day of August, 2019.

        /s/ Peter S. Hicks
        Peter S. Hicks, WSBA #23110
        **JORDAN RAMIS PC**
        360 SW Bond St., Ste. 510
        Bend, OR 97702
        Phone: (541) 550-7900
        Fax: (503) 598-7373
        E-mail: peter.hicks@jordanramis.com


        /s/ Robyn L. Stein
        Robyn L. Stein, WSBA #39708
        **JORDAN RAMIS PC**
        Two Centerpointe Dr., 6th Floor
        Lake Oswego, OR 97035
        Phone: (503) 598-7070
        Fax: (503) 598-7373
        E-mail: robyn.stein@jordanramis.com

        Attorneys for Defendant Navient Solutions, LLC

CORPORATE DISCLOSURE STATEMENT
*Wong v. Navient Solutions, LLC*
No. 2:19-cv-1233 - 2

JORDAN RAMIS PC
360 SW Bond St., Ste. 510
Bend, Oregon 97702
(541) 550-7900
53571-77830 4853-0178-2175.1

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail and email on the following non-CM/ECF participants:

>Jensen Wong
>P.O. Box 88302
>Seattle, WA 98138
>Phone: (510) 759-9226
>Email: jw6@humboldt.edu
>
>Plaintiff Pro Se

DATED:  August 7, 2019

/s/ Robyn L. Stein
Robyn L. Stein, WSBA #39708
robyn.stein@jordanramis.com

CORPORATE DISCLOSURE STATEMENT
*Wong v. Navient Solutions, LLC*
No. 2:19-cv-1233 - 3

JORDAN RAMIS PC
360 SW Bond St., Ste. 510
Bend, Oregon 97702
(541) 550-7900
53571-77830 4853-0178-2175.1