UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENSEN WONG, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAVIENT SOLUTIONS, LLC, a Foreign Limited Liability Company,<br><br>　　　　Defendant. | Civil Action No. 2:19-cv-1233<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |

THIS MATTER has come before the Court upon the parties' *Stipulated Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint*. The Court has reviewed the records and files herein, now, therefore,

GOOD CAUSE APPEARING, the Court orders as follows:

1.　The Stipulated Motion is GRANTED.

2.　NSL shall have up to and including August 28, 2019 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated this 12th day of August, 2019.

_____
James L. Robart
U.S.D.C.J.

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME
*Wong v. Navient Solutions, LLC*
No. 2:19-cv-1233 - 1

JORDAN RAMIS PC
360 SW Bond St., Ste. 510
Bend, Oregon 97702
(541) 550-7900
53571-77830 4819-2472-2079.1

Presented by:

By: /s/ Peter S. Hicks
Peter S. Hicks, WSBA #23110
**JORDAN RAMIS PC**
360 SW Bond St., Ste. 510
Bend, OR 97702
Phone: (541) 550-7900
Fax: (503) 598-7373
E-mail: peter.hicks@jordanramis.com

By: /s/ Robyn L. Stein
Robyn L. Stein, WSBA #39708
**JORDAN RAMIS PC**
Two Centerpointe Dr., 6th Floor
Lake Oswego, OR 97035
Phone: (503) 598-7070
Fax: (503) 598-7373
E-mail: robyn.stein@jordanramis.com

Attorneys for Defendant Navient Solutions, LLC

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME
*Wong v. Navient Solutions, LLC*
No. 2:19-cv-1233 - 2

JORDAN RAMIS PC
360 SW Bond St., Ste. 510
Bend, Oregon 97702
(541) 550-7900
53571-77830 4819-2472-2079.1

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed the foregoing **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail and email on the following non-CM/ECF participants:

Jensen Wong
P.O. Box 88302
Seattle, WA 98138
Phone: (510) 759-9226
Email: jw6@humboldt.edu

Plaintiff Pro Se

DATED: August 8, 2019

/s/ Robyn L. Stein
Robyn L. Stein, WSBA #39708
robyn.stein@jordanramis.com

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME
*Wong v. Navient Solutions, LLC*
No. 2:19-cv-1233 - 3

JORDAN RAMIS PC
360 SW Bond St., Ste. 510
Bend, Oregon 97702
(541) 550-7900
53571-77830 4819-2472-2079.1